432 A.2d 260

Commonwealth v. Mizell, Appellant.

Submitted September 11, 1980. Christopher G. Furlong, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.